UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMIE KIRSILA et al., <br><br>            Plaintiffs, <br>     v. <br><br>PIERCE COUNTY, <br><br>            Defendant. | CASE NO. 3:24-cv-05314-DGE <br><br> ORDER DISMISSING CASE |

Plaintiffs filed a motion to voluntarily dismiss this case, citing Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 9.)  The Court GRANTS the motion and dismisses this case without prejudice.

Dated this 26th day of July 2024.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1